STATE

v.

John CARILLO.

No. 74-273-C.A.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Dennis J. Roberts II, Atty. Gen., Barry N. Capalbo, Special Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, Dale Anderson, Asst. Public Defender, for defendant.

ORDER

The defendant's petition to alter the content and mandate of a cause heard and denied, as prayed, is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

STATE

v.

Gary DOYLE.

No. 79-237-C.A.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Dennis J. Roberts II, Atty. Gen., Thomas H. Caruolo, Special Asst. Atty. Gen., for plaintiff.

Robert B. Mann, Providence, for defendant.

ORDER

The defendant's petition for writ of habeas corpus is denied.

DORIS, J., did not participate.

STATE

v.

Edward FRANCO.

No. 79-413-C.A.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Allegra E. Munson, Asst. Public Defender, Richard M. Casparian, Deputy Public Defender, for defendant.

ORDER

The defendant's motion for leave to perfect this appeal out-of-time is granted. The record in this case shall be transmitted to this court on or before December 28, 1979.

DORIS, J., did not participate.